

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| IN THE INTEREST OF U.G.G. AND A.N.A., CHILDREN, | § | No. 08-18-00163-CV |
| | § | Appeal from the |
| Appellant. | § | 109thDistrict Court |
| | § | of Winkler County, Texas |
| | § | (TC# DC17-17073) |
| | § | |

# **O R D E R**

Pending before the Court is a motion to substitute counsel for Appellant. On October 12, 2018, the Court filed the supplemental clerk's record containing the trial court's order appointing Rosalio M. Peralez as counsel for Appellant and granting a motion to substitute filed in the trial court. The motion is GRANTED. Further, the Appellant's brief submitted by Ms. Peralez on October 8, 2018 has been filed. The Appellee's brief is due to be filed twenty days from the date of this order.

IT IS SO ORDERED this 15th day of October, 2018.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.